IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH KAY MARBURGER, | )<br>) |
| Plaintiff, | ) Civil Action No. 10-745 |
| v. | )<br>) Judge Bloch |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) Magistrate Judge Bissoon<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

On August 3, 2010, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On March 17, 2011, the magistrate judge issued a Report (Doc. 18) recommending: that Defendant's Motion for Summary Judgment (Doc. 14) be denied; that Plaintiff's Motion for Summary Judgment (Doc. 9) be granted to the extent that Plaintiff seeks a remand; and that this case be remanded for further administrative proceedings. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this  6th  day of  April , 2011, IT IS HEREBY ORDERED that: Defendant's Motion for Summary Judgment (**Doc. 14**) is **DENIED**; Plaintiff's Motion for Summary Judgment (**Doc. 9**) is **GRANTED** to the extent that Plaintiff requests a remand; and this case is **REMANDED FORTHWITH** to the Commissioner of

Social Security for further administrative proceedings as consistent with the magistrate judge's Report and Recommendation.

The Report and Recommendation of Magistrate Judge Bissoon dated March 17, 2011 is hereby adopted as the Opinion of the District Court.

s|Alan N. Bloch
Alan N. Bloch
United States District Judge

cc (via email):

All Counsel of Record